

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JEAN GRAY AND ROBERT GRAY | CIVIL ACTION 09-1523 |
| VERSUS | U.S. DISTRICT JUDGE DEE DRELL |
| WAL-MART STORES, INC. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motions to Remand and for Attorney's Fees, **Doc. ##10 and 13, are DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 3RD day of December, 2009.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**